1  Kevin Fitzgerald
   **Lewis Saul & Associates, P.C.**
2  183 Middle Street, Suite 200
   Portland, ME 04101
3  Telephone: (207) 874-7407
   Fax: (207) 874-4930
4  Attorneys for Plaintiffs

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12  IN RE: BEXTRA AND CELEBREX              **Case No. : 06-6362 CRB**
    MARKETING SALES PRACTICES AND
13  PRODUCT LIABILITY LITIGATION            **MDL NO. 1699**
                                           **District Judge:  Charles R. Breyer**
14
    David Arnold, et al.,
15
                              Plaintiffs
16                                         **STIPULATION AND ORDER OF**
                                           **DISMISSAL WITH PREJUDICE**
    vs.
17

18  Pfizer Inc, et al.,

19                            Defendants.

20

21        Come now the Plaintiff, Anthony Eblin, in the above-entitled action and Defendants, by

22  and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a),

23  and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named

24  //

25  //

26  //

27  //

28  //

                                          -1-

                  **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1  herein only with each side bearing its own attorneys' fees and costs.

2

3

4  DATED: **10/29**, 2010      By:

5                              **LEWIS SAUL & ASSOCIATES, P.C.**
                               183 Middle Street, Suite 200
6                              Portland, ME 04101
                               Telephone: (207) 874-7407
7                              Facsimile: (207) 874-4930

8                              *Attorneys for Plaintiffs*

9

10

11  DATED: **12/6**, 2010      By:        /s/

12

13                             **DLA PIPER LLP (US)**
                               1251 Avenue of the Americas
14                             New York, New York 10020
                               Telephone: 212-335-4500
15                             Facsimile: 212-335-4501

16                             *Defendants' Liaison Counsel*

17

18

19  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
    IT IS SO ORDERED.**

20

21  Dated: **Dec. 13, 2010**

                               Hon. Charles R. Breyer
22                             United States District Court

23

24

25

26

27

28
                                            -2-

    STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE